UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY and PHILIP CHARVAT, individually
and on behalf of a class of all persons and
entities similarly situated,**

       Plaintiffs,

vs.                                                         Case No. 5:18-cv-123-JPB

**CHARTER COMMUNICATIONS, INC., and
JOHN DOE 1,**

       **Defendants.**

### Notice of Intent to Serve Subpoena

PLEASE TAKE NOTICE that, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Plaintiffs intend to serve a Subpoena upon AT&T Subpoena Compliance Center in the form attached hereto as Exhibit A.

Dated: November 29, 2018                                  Respectfully submitted by,

 */s/ John W. Barrett*
John W. Barrett (WV Bar No. 7289)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com
siskra@baileyglasser.com

Edward A. Broderick
Anthony Paronich
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110

1

Telephone: (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

*Counsel for Plaintiff*

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

**DIANA MEY and PHILIP CHARVAT, individually
and on behalf of a class of all persons and
entities similarly situated,**

       **Plaintiffs,**

vs.                                        Case No. 5:18-cv-123-JPB

**CHARTER COMMUNICATIONS, INC., and
JOHN DOE 1,**

       **Defendants.**

### CERTIFICATE OF SERVICE

       I, John W. Barrett, hereby certify that on November 29, 2018, I served a true and correct copy of "*Notice of Intent to Serve Subpoena*" was filed with the Clerk of Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon the following counsel of record:

                David L. Wyant
                Diane G. Senakievich
                Bailey & Wyant, PLLC
                1219 Chapline Street
                Wheeling, West Virginia 26003
                dwyant@baileywyant.com
                dsenakievich@baileywyant.com

                Ryan D. Watstein
                Jessica D. Gallegos
                Kabat Chapman & Ozmer, LLP
                171 17th Street NW, Suite 1550
                Atlanta, Georgia 30363
                rwatstein@kcozlaw.com
                jgallegos@kcozlaw.com

                                  */s/ John W. Barrett*
                                  John W. Barrett (WV Bar No. 7289)