UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
(Wheeling)

| | |
|---|---|
| DIANA MEY and PHILIP CHARVAT, individually and on behalf of a class of all persons and entities similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC., and JOHN DOE 1,<br><br>     Defendants. | Case No. 5:18-CV-123-JPB |

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii), Plaintiffs and Defendant Charter Communications, Inc., by and through undersigned counsel, file this Stipulated Notice of Voluntary Dismissal Without Prejudice.

  1. Federal Rule of Civil Procedure 41(a)(1)A)(ii) permits the Plaintiffs to voluntarily dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared."

  2. Plaintiffs and Defendant Charter Communications, Inc. are the only parties to have appeared in this action.

  3. Plaintiffs and Defendant Charter Communications, Inc., agree and stipulate to voluntarily dismiss without prejudice this action and all claims against Charter Communications, Inc.

  4. Because no class has been certified, this voluntary dismissal does not implicate the concerns of Rule 23(e).

**IT IS SO STIPULATED, THROUGH THE UNDERSIGNED.**

DATED:  June 3, 2019                                Respectfully submitted by,

  */s/ John W. Barrett*
John W. Barrett (WV Bar No. 7289)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV  25301
Telephone: (304) 345-6555
jbarrett@baileyglasser.com

Edward A. Broderick
Broderick Law, P.C.
99 High St., Suite 304
Boston, MA  02110
(617) 738-7080
ted@broderick-law.com
      *Admitted Pro Hac Vice*

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, MA  01760
Telephone: (508) 655-1415
mmccue@massattorneys.net
      *Admitted Pro Hac Vice*

      *Counsel for Plaintiff*

And

*/s/Ryan D. Watstein*
Ryan D. Watstein
Jessica D. Gallegos
Kabat Chapman & Ozmer, LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
rwatstein@kcozlaw.com
jgallegos@kcozlaw.com

David L. Wyant
Diane G. Senakievich
Bailey & Wyant, PLLC
1219 Chapline Street
Wheeling, West Virginia 26003
dwyant@baileywyant.com
dsenakievich@baileywyant.com

      *Counsel for Defendant*

2

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY and PHILIP CHARVAT, individually
and on behalf of a class of all persons and
entities similarly situated,

        Plaintiffs,

vs.                                                          Case No. 5:18-cv-123-JPB

CHARTER COMMUNICATIONS, INC., and
JOHN DOE 1,

        Defendants.

## CERTIFICATE OF SERVICE

      I, John W. Barrett, hereby certify that on June 3, 2019, I served a true and correct copy of "*Stipulated Notice of Voluntary Dismissal Without Prejudice*" by e-mail, regular mail and that the Certificate of Service was filed with the Clerk of Court using the CM/ECF System, which caused a true and accurate copy of such filing to be served upon the following counsel of record:

        David L. Wyant
        Diane G. Senakievich
        Bailey & Wyant, PLLC
        1219 Chapline Street
        Wheeling, West Virginia 26003
        dwyant@baileywyant.com
        dsenakievich@baileywyant.com

        Ryan D. Watstein
        Jessica D. Gallegos
        Kabat Chapman & Ozmer, LLP
        171 17th Street NW, Suite 1550
        Atlanta, Georgia 30363
        rwatstein@kcozlaw.com
        jgallegos@kcozlaw.com

        */s/ John W. Barrett*
        John W. Barrett (WV Bar No. 7289)